UNITED STATES, Appellee

v

PAUL K. FRANCIS, Private First Class,
U. S. Army, Appellant

17 USCMA 595, 38 CMR 393

No. 20,917

June 21, 1968

*Colonel Daniel T. Ghent, Captain Thomas D. Wise,* and *Captain Anthony F. Cilluffo* were on the pleadings for Appellant, Accused.

*Lieutenant Colonel David Rarick, Major Edwin P. Wasinger,* and *Captain L. Frank Chopin* were on the pleadings for Appellee, United States.

## Opinion of the Court

QUINN, Chief Judge:

The decision of the board of review is affirmed. United States v Anderson, 17 USCMA 588, 38 CMR 386.

Judge KILDAY concurs.

FERGUSON, Judge (concurring in the result):

For reasons set forth in my separate opinion in United States v Anderson, 17 USCMA 588, 38 CMR 386, I concur in the result.